Case 2:26-cv-02924-JMW    Document 1-1    Filed 05/15/26    Page 1 of 1 PageID #: 14

# CONSENT TO SUE UNDER
# FEDERAL FAIR LABOR STANDARDS ACT

I am an employee currently or formerly employed by Gusto Divino Trattoria and/or related entities/individuals. I consent to be a plaintiff in an action to collect unpaid wages. I agree that I am bound by the terms of the Professional Services Agreement signed by the named plaintiffs in this case.

RUBEN BERNAL
Full Legal Name (Print)

Signature

04 - 13 - 2026
Date