AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Eastern District of New York

| | | |
|---|---|---|
| RUBEN BERNAL | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    2:26-cv-2924 |
| M&D NY RESTAURANT, INC., et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiffs                                                                                                    .

Date:    05/15/2026                                                        /s/ Lucas Buzzard
                                                                                        *Attorney's signature*

                                                                        Lucas Buzzard  LB-0888
                                                                        *Printed name and bar number*

                                                                        JOSEPH & KIRSCHENBAUM LLP
                                                                        45 Broadway, Suite 320
                                                                        New York, NY 10006

                                                                        *Address*

                                                                        lucas@jk-llp.com
                                                                        *E-mail address*

                                                                        (212) 688-5640
                                                                        *Telephone number*

                                                                        (212) 981-9587
                                                                        *FAX number*