RECEIVED

JUN 15 2026

EDNY PRO SE OFFICE

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.

JUN 15 2026 ★

LONG ISLAND OFFICE

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

Pro Se Registration and Consent for Electronic Service of Orders and Notices
Issued by the Court in Civil Cases

Please register me to receive service of documents and notices of electronic filings to my e-mail address via the Court's electronic filing system (ECF). By registering for electronic service, I affirm that:

I understand that I waive my right to receive service of court issued documents by first class mail and that I will no longer receive paper copies of court issued documents such as notices, decisions, opinions, memoranda & orders, orders, judgments and appeal instructions.

Initial here M 6

I understand that I will be sent notices of electronic filing via e-mail and upon receipt of a notice, I will be permitted one "free look" at the document by clicking on the hyperlinked document number, at which time I should print or save the document to avoid future charges. The one 'free look' will expire in 15 days from the date the notice was sent. After the "free look" is used or expired, the document can be accessed by me through PACER (Public Access to Court Electronic Records) and I may be charged to view the document.

Initial here M. 6

I understand that it is strongly recommended that I establish a PACER account by visiting the PACER website at www.pacer.gov, which account will allow me to view, print, and download documents at any time for a nominal fee.

Initial here M. 6

The email address I provided below is valid and I understand I am responsible for checking it on a regular basis. I will promptly notify the Court if there is any change in my personal data, such as name, address, or e-mail address.

Initial here M. 6

I understand that electronic service does not allow me to file documents electronically and does not mean that I can serve documents by e-mail to the opposing party. I must continue to file all communications regarding my case in paper copy with the Court and serve the opposing party.

Initial here M. 6

I understand that I must file a consent in each case in which I wish to receive electronic service and that electronic service is not available in Social Security or Immigration cases or for incarcerated litigants.

Initial here M. 6

Date: 6-15-26          Signature: _____

Case No: 26-CV-02924-JMW   Print Full Name: MIRSAD GLAVATOVIC

Telephone No.: 917-757-4087   Email Address: glavatovic@Hotmil.com

Home Address: 3930 Sunrise HWY Seaford NY 11788

Return form to:        U.S.D.C., E.D.N.Y. - Pro Se Dept.
                       225 Cadman Plaza East  · or     100 Federal Plaza
                       Brooklyn, NY 11201              Central Islip, NY 11722

JUN 15 '26 AM11:41
REC'D IN PRO SE OFFICE