UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
--------------------------------------------------------------X

RUBEN BERNAL, on behalf of himself and
others similarly situated,

                Plaintiff

-against-

M&D RESTAURANT INC. d/b/a Gusto Divino
Trattoria, and MIRSAD GLAVATOVIC

                Defendants

--------------------------------------------------------------X

Civil No: 26-cv-02924-JMW

NOTICE OF APPEARANCE

**RECEIVED**

JUN 15 2026

**EDNY PRO SE OFFICE**

TO THE CLERK OF THE COURT, and all the parties on record:

    Enter my Notice of Appearance as *pro se* on behalf of myself

    Please send all paperwork to the following:

        Mirsad Glavatovic
        3930 Sunrise Hwy
        Seaford NY, 11783
        Email: glavatovic@hotmail.com

F I L E D
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★   JUN 15 2026   ★

LONG ISLAND OFFICE

Mirsad Glavatovic
*Pro Se Defendant*
3930 Sunrise Hwy
Seaford, NY 11783

JUN 15 '26 AM11:41
REC'D IN PRO SE OFFICE