RECEIVED

JUN 15 2026

EDNY PRO SE OFFICE

*Via* Hand Delivery
Hon. James M. Wicks
100 Federal Plaza, Courtroom 1020
Central Islip NY, 11782

### *Defendant Letter Request for Extension of Time to Obtain Counsel and Answer Plaintiffs Conplaint*

#### *Index No: 26-cv-02924 Ruben Bernal v. M&D Restaurant Inc at al- JMW*

Dear Judge,

I am *pro se* Defendant, Mirsad Glavatovic, and the owner of Corporate Defendant, M&D Restaurant Inc and respectfully request for an extension of time to obtain counsel for my corporation, M&D Restaurant Inc and to for both of us to answer Plaintiffs complaint in the above referenced matter. I respectfully request 45 days to obtain counsel and for both of us to answer the complaint in the above referenced case. This is my first request and granting such request will not prejudice any party in the above referenced case.

At the moment I have filed a Notice of Appearance for myself and am still searching for counsel to represent my corporation. I hope to find an attorney soon but it is taking longer than expected and since I manage my restaurant, Corporate Defendant, I have not had time to actively search. The 45 days I'm requesting should be more than enough time to find an attorney and for them to file an answer for both me and the restaurant.

With what has been stated above I respectfully request for 45 days to find an attorney for the corporation and for both me and my corporation to answer Plaintiff's complaint. I thank the court for their time and consideration and apologies for any inconvenience.

Dated: June 15, 2026
Seaford, NY

Mirsad Glavatovic
Gusto Divino, Owner
3930 Sunrise Hwy
Seaford, NY 11783

Cc: All Counsel via Mail and ECF

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.

★ JUN 15 2026 ★

LONG ISLAND OFFICE

REC'D IN PRO SE OFFICE
JUN 15 '26 PM 3:47